IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| v. | : | CASE NO.: 1:15-CR-25 (WLS) |
| | : | |
| IVAN DWIGHT BRANNAN, | : | |
| | : | |
| Defendant. | : | |
| | : | |

## ORDER

      Pending before the Court is Defendant Ivan Dwight Brannan's Motion to Continue Sentencing.  (Doc. 27.)  Therein, Defendant's counsel requests the Court to continue sentencing, presently scheduled for Thursday, April 28, 2016, until the next available date in May due to a scheduling conflict.  (*See* Doc. 26.)  For good cause shown, Defendant's Motion to Continue Sentencing (Doc. 27) is **GRANTED.**  The Clerk of Court is hereby **DIRECTED** to reset sentencing for **Thursday, May 12, 2016 at 3:00 PM.**

      **SO ORDERED,** this   7th   day of March, 2016.

                                                    /s/ W. Louis Sands
                                                  **W. LOUIS SANDS, SR. JUDGE**
                                                  **UNITED STATES DISTRICT COURT**